AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>William T. Griffith III<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:26-mj-16<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 9, 2026__ in the county of __Franklin__ in the
__Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm or ammunition by a prohibited person |

This criminal complaint is based on these facts:
See attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Stephen Lawson, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.
Via Telephone

Date: January 14, 2026

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge